# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>**Plaintiff (Petitioner)**<br><br>v.<br><br>CURTIS J. TAYLOR; et al.<br>**Defendant (Respondent)** | CASE and/or DOCKET No.: 17-00128<br><br>Sheriff's Sale Date: _____ |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served CURTIS J. TAYLOR the above process on the 6 day of March, 2017, at 5:52 o'clock, PM, at 2023 S 58TH STREET PHILADELPHIA, PA 19143, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age <u>61-65</u>  Height <u>6'</u>  Weight <u>170</u>  Race <u>BLACK</u>  Sex <u>MALE</u>  Hair <u>BLACK</u>
Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of _Pa_  )
                            ) SS:
County of _Berks_           )

Before me, the undersigned notary public, this day, personally, appeared _D'Wayne Henriksson_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158115
Case ID #:4822380

Subscribed and sworn to before me
this _6_ day of _Mar_, 20_17_.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017